UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLOS KINYADA HOLLIS,

          Petitioner,

Criminal Case No. 12-20770
Civil Case No. 16-12010

v.

Honorable Sean F. Cox

UNITED STATES OF AMERICA,

          Respondent.

_____/

## ORDER GRANTING GOVERNMENT'S MOTION TO STAY

This matter comes before the Court on the Government's Motion to Stay Litigation Pending Supreme Court's Decision in *Beckles v. United States*, No. 15-8544, 2016 WL 1029080 (U.S. June 27, 2016).

Having reviewed the motion, and mindful of the Sixth Circuit's recent opinion in *In re: Alford D. Embry, Movant*, No. 16-5447, 2016 WL 4056056 (6th Cir. July 29, 2016), the Court hereby **GRANTS** the motion. This matter will be stayed pending the Supreme Court's decision in *Beckles v. United States*.

          s/Sean F. Cox
          Sean F. Cox
          United States District Judge

Dated: August 29, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of

record on August 29, 2016, by electronic and/or ordinary mail.

                                   S/Jennifer McCoy
                                   Case Manager